# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| Nancy Kehm<br><br>v.<br><br>Accounts Receivable Management, inc., Tony Doe and Kyle Doe | NO.: CV – **08-2256** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned attorneys hereby advise the Court that all claims, counterclaims and crossclaims by all parties in the above-entitled cause of action have been fully compromised and settled.  Therefore,

IT IS HEREBY STIPULATED, through the undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and crossclaims, without costs or disbursements to any of the parties, may be entered herein.

| | |
|---|---|
| /s/ Jason M. Rapa | /s/ Jonathan S. Comitz |
| Jason M. Rapa, Esq. | Jonathan S. Comitz, Esquire |
| Attorney for Plaintiff | Attorney For Defendant |
| 141 S. 1st Street | 1043 Wyoming Avenue |
| Lehighton, PA 18235 | Forty Fort, PA 18704 |
| (610) 377-7730 | 570-763-0399 |